UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 2:18-cr-101-NT |
| DANIEL THOMPSON | ) |
| a/k/a Daniel Walker | ) |
| Defendant | ) |

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that on about June 5, 2017, the Defendant maliciously damaged and destroyed property used in interstate commerce by fire, in violation of 18 U.S.C.§ 844(i). The Government would prove the above through witness testimony and documents offered in evidence.

Dead River Company owns and operates several fuel gas supply businesses throughout Maine, one of which is on a compound located at 16 Charles Street in South Paris. The compound is surrounded by a metal fence. The main building is brick and contains mostly offices and a reception area for customers. There is a large parking lot and two large gas tanks within the fence. Located at the back corner of the compound at the time of the fire was a two-story wooden structure which the company used for storage and maintenance materials, such as files, propane tanks, heating oil tanks, etc. The back corner of the compound abuts a path through the woods near a railroad track.

A fire was discovered in the storage building by the Paris, Maine Fire Department at approximately 6:41pm on June 5, 2017. It took firefighters several hours to fight the fire and the building was totaled. The Maine State Fire Marshal's Office (MSFMO) began investigating that

evening, and a Certified Fire Investigator (CFI) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) joined several day later. The investigation revealed the following facts.

Dead River employees reported to MSFMO Senior Investigator Chris Stanford that a gas can appeared to have been moved on the first floor of the structure. Subsequently, Sr. Investigator Stanford noticed a broken window on the first floor. The fire was all on the second floor of the building. Eye witnesses reported seeing two juvenile males in the vicinity of the fire around the time of its discovery on June 5th.

According to statements provided by the two juvenile males, as well as one adult male, D.S., who was in the vicinity of the fire on June 5, 2017, the Defendant, who goes by the name "Danny Walker," jumped the fence onto the Dead River compound and pushed in on a boarded-up window on the first floor of the storage building. The Defendant then entered the storage building after breaking another window. As the Defendant later told two of these witnesses, using a gas can that was inside the building, he poured gasoline on the second floor of the building.

On June 7, 2017, Sr. Investigator Stanford conducted a recorded interview of the Defendant, who admitted to using the name "Danny Walker" (which is a name tattooed on his arm); but he claimed to have an alibi for the fire at Dead River.

Following his arrest on June 18, 2017, Sr. Investigator Stanford and ATF CFI Kevin Connelly conducted a second recorded interview of the Defendant, who confessed to setting the fire inside the Dead River storage building. Specifically, the Defendant admitted that he inhaled heroin on June 5, 2017 and later met up with two male juveniles. While still high, he jumped the fence behind Dead River, after which he threw a rock or a brick through a first-floor window, and entered the building. Once inside, he found a gas can and poured gas inside the building.

He saw paper documents stored upstairs on the second floor and used his lighter to set the gas on fire before exiting the building.

At the time of the fire, the property located at 16 Charles Street in South Paris, owned by the Dead River Company, a commercial fuel gas supplier, was then used in interstate commerce and an activity affecting interstate commerce.

Dated: 8/8/18

Halsey B. Frank
United States Attorney

*Darcie N. McElwee* (signature)
Darcie N. McElwee
Assistant United States Attorney